IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  11-cv-00623-WYD-KLM

WINE MASTERS CELLARS, LLLP, a Colorado limited liability limited partnership,

    Plaintiff,

v.

VINOTEMP INTERNATIONAL CORPORATION, a California corporation,

    Defendant.

## ORDER OF DISMISSAL

In accordance with Plaintiff Wine Master Cellars, LLP's Notice of Voluntary Dismissal (ECF No. 32 filed July 19, 2011), this case is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), each party to bear its own attorney's fees and costs.

Dated:  July 19, 2011

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Chief United States District Judge